UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FRANK MORROW,

    Plaintiff,

    v.

CITY OF OAKLAND, et al.,

    Defendants.

Case No. 14-cv-01514-JD

**ORDER VACATING HEARING DATE**

Re: Dkt. No. 9

Pursuant to Civil Local Rule 7-1(b), the Court finds that defendant Edwin Wilson's motion for a pre-filing order against plaintiff, which has been noticed for hearing on July 9, 2014, is appropriate for decision without oral argument.

Accordingly, the hearing date is hereby vacated. The motion will be taken under submission and decided on the papers.

**IT IS SO ORDERED.**

Dated: July 3, 2014

_____
JAMES DONATO
United States District Judge