1

2

3

4                      UNITED STATES DISTRICT COURT

5                    NORTHERN DISTRICT OF CALIFORNIA

6

7    FRANK MORROW,                          Case No.  14-cv-01514-JD

8                Plaintiff,                  **ORDER DENYING REQUEST FOR**
                                            **PRE-FILING ORDER AGAINST**
9         v.                                 **PLAINTIFF**

     CITY OF OAKLAND, et al.,
10                                           Re: Dkt. No. 9
                Defendants.

11

12

13          Defendant Edwin Wilson has requested that the Court impose a pre-filing order pursuant to

14   28 U.S.C. § 1651(a) on plaintiff Frank Morrow, Jr., "on the grounds that Morrow's actions,

15   including the filing of the instant complaint, represent a pattern of abusive, vexatious and

16   harassing litigation behavior intended to needlessly increase the cost of litigation . . . ."  Dkt. No. 9

17   at 1.  The Court denies the request.

18          The parties do not dispute that the applicable factors are those addressed and considered by

19   the Ninth Circuit in *DeLong v. Hennessey*, 912 F.2d 1144 (9th Cir. 1990).  As a preliminary

20   matter, there, the court "recognize[d] that such pre-filing orders should rarely be filed."  *Id*. at

21   1147.

22          At least two of the factors identified in *DeLong* are not met here.  First, before imposing a

23   pre-filing order, the district court must create "[a]n adequate record for review [which] should

24   include a listing of all the cases and motions that led the district court to conclude that a vexatious

25   litigant order was needed."  *DeLong*, 912 F.2d at 1147-48.  Such a record has not been presented

26   to the Court, and the Court declines any invitation to independently seek to create one.  In support

27   of his motion, defendant Wilson points to -- and has attached -- eighteen different "filings and

28   appeals concerning the same defendants, the same factual allegations and the same claims."  Dkt.

United States District Court
Northern District of California

United States District Court
Northern District of California

1    No. 9 at 3-4.  Defendant Wilson asserts that this is plaintiff Morrow's "5th lawsuit."  Dkt. No. 22

2    at 3.  But this falls substantially short of the bar suggested by the Ninth Circuit court.  *See*

3    *DeLong*, 912 F.2d at 1147 (citing three cases where "35 related complaints [were] filed," "over 50

4    frivolous cases [were] filed," and "over 600 complaints [were] filed," respectively) (emphases

5    added).  Eighteen assorted pleadings from five allegedly related cases and appeals are insufficient

6    to support a conclusion that a vexatious litigant order is needed.

7        Second, "before a district court issues a pre-filing injunction against a pro se litigant," it

8    must first make substantive findings of "harassment or frivolousness."  *DeLong*, 912 F.2d at 1148.

9    Though defendant Wilson repeatedly labels plaintiff as a "serial litigator" and alleges that his

10   filings are "numerous," this is not enough.  "An injunction cannot issue merely upon a showing of

11   litigiousness."  *Moy v. U.S.*, 906 F.2d 467, 470 (9th Cir. 1990).  Defendant Wilson's moving

12   papers do not sufficiently establish that plaintiff's claims are "frivolous" (and even if so, that the

13   "number of complaints was inordinate"), or that plaintiff has engaged in a "pattern of harassment."

14   *DeLong*, 912 F.2d at 1148.  On the latter point, the Court is mindful of the Ninth Circuit's specific

15   guidance that district judges need to "be careful not to conclude that particular types of actions

16   filed repetitiously are harassing."  *Id*. at 1148 n.3.

17       The Court concludes that issuance of a pre-filing order would not be proper at this juncture

18   and on the basis of the papers defendant Wilson has filed.  The request is denied without

19   prejudice.

20       **IT IS SO ORDERED.**

21   Dated:  August 13, 2014

22   

23   _____
     JAMES DONATO
     United States District Judge

24   

25   

26   

27   

28