UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FRANK MORROW,

        Plaintiff,

   v.

CITY OF OAKLAND, et al.,

        Defendants.

Case No. 14-cv-01514-JD

**ORDER ADMINISTRATIVELY CLOSING CASE**

On March 3, 2015, the Court stayed this case in favor of plaintiff's appeal of an overlapping action that is currently pending before the Ninth Circuit Court of Appeals -- *Morrow v. City of Oakland*, Case No. 13-17658. Dkt. No. 61. The Court directed the parties to file joint status updates every 90 days, and the joint report filed on December 1, 2015, reports that "there has been no activity in Case No. 13-17658 since the entry of ECF No. 61, and [] the appeal . . . is still pending." Dkt. No. 72.

In light of the status of the Ninth Circuit case and the associated length of the stay in this case, the Court requests that the Clerk close this case for administrative purposes at this time. The Court makes clear that the closing is for administrative purposes only; nothing in this order will be considered a dismissal or disposition of the action or any issue in it.

**IT IS SO ORDERED.**

Dated: December 28, 2015

JAMES DONATO
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FRANK MORROW,

        Plaintiff,

    v.

CITY OF OAKLAND, et al.,

        Defendants.

Case No.  14-cv-01514-JD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 29, 2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Frank Morrow
14850 Highway 4, Suite 107
Discovery Bay, CA 94505

Dated: December 29, 2015

        Susan Y. Soong
        Clerk, United States District Court

By: *Lisa R. Clark*
LISA R. CLARK, Deputy Clerk to the
Honorable JAMES DONATO